# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2035
LT Case No. 2021-DR-000790

_____

NICHOLAS CHARLES LAURINO,

    Appellant,

    v.

JULIA MARIANA SIETEMA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Thomas R. Eineman, Judge.

K. Dean Kantaras, of K. Dean Kantaras, P.A., Palm Harbor, for
Appellant.

No Appearance for Appellee.

July 30, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____